FILED

JAN 2 2 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

FRANCISCO CRUZ-MENDOZA
JULIO CESAR HERNANDEZ-MONTERO

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 2:07 mj 04-CSC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 21, 2007__, in __Tallapoosa__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s), (Track Statutory Language of Offense)

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transported, or moved or attempted to transport or move such alien within the United States by means of transportation or otherwise,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__. I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following facts:
           Official Title

### SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__January 22, 2007__                    at    __Montgomery, Alabama__
Date                                              City and State

__Susan Russ Walker, U. S. Magistrate Judge__
Name & Title of Judicial Officer                  Signature of Judicial Officer

# AFFIDAVIT

I, David E. Henderson, being duly first sworn, do hereby state and affirm that:

I am a duly sworn Special Agent of the U.S. Immigration and Customs Enforcement (ICE) assigned to the office of the Resident Agent in Charge, Mobile, Alabama.  I have been employed as a federal agent for approximately six years. One of my principal assignments has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 – Aliens and Nationality along with other violations of federal law.

On January 21, 2007, Alabama State Trooper Corporal B. Irvin was contacted by the Hillsboro County, Florida Sheriff's Department, concerning a lookout for possible kidnapping suspects.  At approximately 2:28 p.m., Alabama State Trooper G. Arrington and Trooper A. Hathcock encountered a vehicle matching the description of the kidnapping vehicle on U.S. Highway 280 near Dadeville, Alabama.  Trooper Arrington and Trooper Hathcock stopped the vehicle, a 1997 GMC Savanna bearing Indiana registration 79Z9069, on U.S. Highway 280 westbound near the 82 mile marker.  Alabama State Troopers subsequently encountered 5 Hispanic males occupying the vehicle.  The driver, Julio Cesar HERNANDEZ-Montero, and the front seat passenger, Francisco CRUZ-Mendoza, were taken into custody along with the three remaining occupants.  All of the subjects were transported to the Dadeville, Alabama Police Department for further investigation.

On the same date, I was contacted by Alabama State Trooper/ICE officer J. Hamby and advised of the stop of the vehicle.  I advised Trooper Hamby that I would be en route to the Dadeville Police Department.

Upon arriving at the Dadeville Police Department, I spoke with the alleged victim of the kidnapping, Angel HERNANDEZ-Ramirez.  Prior to speaking with HERNANDEZ-Ramirez, I advised him of his constitutional rights, as per Miranda in the Spanish language.  HERNANDEZ-Ramirez acknowledged orally that he understood his rights and proceeded to make a voluntary statement. HERNANDEZ-Ramirez stated that he was a native and citizen of Mexico who had last entered the United States illegally on or about January 4, 2007 near

Nogales, Arizona. HERNANDEZ-Ramirez stated that he had
been smuggled to an undisclosed location in Phoenix,
Arizona. HERNANDEZ-Ramirez further stated on or about
January 17, 2007, he and several other illegal aliens
departed the Phoenix, Arizona area in the 1997 GMC Savanna
which was driven by both CRUZ and HERNANDEZ. According to
HERNANDEZ-Ramirez, the other alien occupants of the vehicle
were transported to various locations throughout the United
States. HERNANDEZ-Ramirez stated that he observed both
HERNANDEZ and CRUZ receive payments from unknown
individuals upon delivering the illegal aliens. HERNANDEZ-
Ramirez stated that he or his family was to pay the sum of
$2,500.00 for the smuggling fee to the Hillsboro, Florida
area. I then spoke with the other two alleged victims,
Heraclio VILLARREAL-Palacios and Rene MORENO-Villarreal.
Prior to interviewing VILLARREAL and MORENO, I advised them
of their constitutional rights, as per Miranda in the
Spanish language. Both acknowledged orally that they
understood their rights and proceeded to make voluntary
statements. Both VILLARREAL and MORENO stated that they
were natives and citizens of Mexico who had entered the
United States illegally on or about January 11, 2007. Both
VILLARREAL and MORENO stated that they subsequently were
transported to a residence in the Phoenix, Arizona area.
They further stated that on or about January 17, 2007, they
departed the Phoenix, Arizona area in the 1997 GMC Savanna.
They also stated that they were to pay the sum of $1,250.00
each for transportation to Memphis, Tennessee. Both
VILLARREAL and MORENO identified HERNANDEZ and CRUZ as the
subjects that were responsible for transporting them to
Memphis, Tennessee. A check of the vehicle registration
for the 1997 GMC Savanna revealed that it was registered to
CRUZ.

HERNANDEZ and CRUZ are in violation of, but not limited to,
Title 8, United States Code, section 1324(a)(1)(A)(ii) –
Knowing or in reckless disregard of the fact that an alien
has come to, entered, or remains in the United States in
violation of law, transports, or moves or attempts to
transport or move such alien within the United States by
means of transportation or otherwise, in furtherance of
such violation of law.

The penalty, upon conviction, for this offense is:

    A person who violates subparagraph (A) shall, for each
alien in respect to who such a violation occurs – in the

case of a violation of subparagraph (A)(ii) in which the offense was done for the purpose of commercial advantage or private financial gain, be fined under Title 18, imprisoned not more than 10 years, or both.

David Henderson, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to and subscribed
before me this 22nd day
of January, 2007.

Susan Russ Walker
United States Magistrate Judge