IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN 23 P 4: 43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-mj-04-CSC |
| ) | |
| JULIO CESAR HERNANDEZ-MONTERO ) | |

### GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. <u>Eligibility of Cases</u>

   This case is eligible for a detention order because this case involves:

   _____     Crime of violence (18 U.S.C. § 3156)

   _____     Maximum sentence of life imprisonment or death

   _____     10 + year drug offense

   _____     Felony, with two prior convictions in the above categories

   ____X____     Serious risk the defendant will flee

   _____     Serious risk of obstruction of justice

   _____     Felony involving a minor victim

   _____     Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

   _____     Failure to register a sex offender (18 U.S.C. § 2250)

2. Reason For Detention

   The Court should detain defendant because there are no conditions of release which will

reasonably assure:

__X__         Defendant's appearance as required

_____         Safety of any other person and the community

3.  Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

_____         Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____         Previous conviction for "eligible" offense committed while on pretrial bond

_____         A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.  Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

_____         At the initial appearance

__X__         After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 23rd day of January, 2007.

                        LEURA G. CANARY
                        United States Attorney

                        *Kent Brunson*
                        KENT B. BRUNSON
                        Assistant United States Attorney
                        Post Office Box 197
                        Montgomery, AL 36101-0197
                        334.223.7280
                        334.223.7135 fax