IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07mj04-CSC |
| ) | |
| JULIO CESAR HERNANDEZ-MONTERO ) | |

**EMERGENCY MOTION TO STAY DEPOSITIONS
AND DISCHARGE OF MATERIAL WITNESSES**

Comes now, undersigned counsel, Kevin L. Butler, and moves pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, for an Emergency order staying depositions scheduled in USA v. Remirez, etc. Misc Case No: 1163 and the subsequent discharge of material witnesses.

1.     Videotape depositions are scheduled for tomorrow, February 21, 2007, of Mr. Remirez, Rene Morena Villarrreal, and Heraclio Villarreal Palacious, pursuant this Court's order dated February 9, 2007.

2.     These witnesses have been detained as material witnesses, pursuant 18 U.S.C. § 3144. It appears the purpose of these depositions is to allow my client, Mr. Hernandez-Montero, his co-defendant, and the government the opportunity to examine these witnesses and preserve their testimony for use at future proceedings prior to their potential deportation.

3.     Because my client has not been indicted, as of the filing of this pleading, undersigned counsel has not been provided with any discovery in this case nor has counsel been provided with any statements of Mr. Remirez, Rene Morena Villarrreal, or Heraclio Villarreal Palacious.

4. As none of this information has been provided, the defense will not be able to effectively examine these witnesses and preserve testimony prior to their potential deportation.

5. Further, undersigned counsel has not had enough time to adequately investigate the background of these witnesses or investigate the facts and circumstances of this case.

6. Therefore, in order to preserve my client's right to a fair trial which incorporates complete examination of adverse witnesses, undersigned counsel moves to stay depositions and deportation of these three witnesses, Mr. Remirez, Rene Morena Villarrreal, and Heraclio Villarreal Palacious, until such time as undersigned counsel receives full disclosure from the government of any and all discovery and *Jenks* material.

Dated this 21st day of February 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:07mj04-CSC** |
| ) | |
| **JULIO CESAR HERNANDEZ-MONTERO** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138