IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07mj004-CSC |
| ) | |
| JULIO CESAR HERNANDEZ-MONTERO ) | |

### **ORDER**

Upon consideration of defendant's emergency motion to stay depositions (Doc. # 24) filed February 20, 2007, and for good cause, it is

ORDERED that the motion is GRANTED to the extent that the court will permit the depositions to be continued for up to two weeks. Counsel for defendant Hernandez-Montero is DIRECTED to arrange for the depositions to take place on or before March 6, 2007. It is further

ORDERED that the Clerk of Court is DIRECTED to serve counsel in U.S. v. Remirez, et al., Misc. Case No. 1163, with copies of this order.

DONE, this 20th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE