FEB 2 2 2007

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA ) 
                              )
      v.                       )    CR. NO. 3:07CR 23 - MHT
                              )      [8 USC 1324(a)(1)(A)(ii); (B)(i)
JULIO CESAR HERNANDEZ-MONTERO )      18 USC 922(g)(5)]
FRANCISCO CRUZ-MENDOZA         )
                              )      INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about the 21st day of January, 2007, in Tallapoosa County, Alabama, within the Middle

District of Alabama,

### JULIO CESAR HERNANDEZ-MONTERO and
### FRANCISCO CRUZ-MENDOZA,

defendants herein, knowing, and in reckless disreguard of the fact that an alien has come to,

entered, and remains in the United States in violation of law, transported and moved such alien

within the United States by means of transportation and otherwise, to wit: by motor vehicle, in

furtherance of such violation of law, for the purpose of commercial advantage and private

financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (B)(i).

## COUNT 2

On or about the 21st day of January, 2007, in Tallapoosa County, Alabama, within the Middle

District of Alabama,

### JULIO CESAR HERNANDEZ-MONTERO,

defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly

possess in and affecting commerce, the following firearm:

a Sears and Roebuck, .22 caliber rifle in violation of Title 18, United States Code, Section

922(g)(5).

## FORFEITURE ALLEGATION

A.    Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by

reference.

B.    Upon conviction for the violation of Title 18, United States Code, Section

922(g)(5), as alleged in Count 2 of this indictment, the defendant,

## JULIO CESAR HERNANDEZ-MONTERO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title

28, United States Code, Section 2461(c), all firearms and ammunition involved in the

commission of this offense, including but not limited to the following:

One Sears and Roebuck, .22 caliber rifle.

C.    If any of the property described in this forfeiture allegation, as a result of any act

or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred, sold to, or deposited with a third person;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or,

(5)    has been commingled with other property which cannot be divided without

difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as

incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this

Court forfeiting any other property of said defendant up to the value of the property described in

the above paragraphs.

2

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

3