IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Cr. No. 3:07cr23-MHT |
| ) | |
| JULIO CESAR HERNANDEZ-MONTERO ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for MARCH 7, 2007 in the above-styled case.

You are DIRECTED to produce the following named prisoner: JULIO CESAR HERNANDEZ-MONTERO before the United States District Court at 5B Courtroom, on the 7th day of MARCH, 2007, at 10:00 a.m..

DONE, this the 23rd day of February, 2007.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk