IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.         ) | CR. No.: 3:07cr23-MHT |
| ) | |
| JULIO CESAR HERNANDEZ-MONTERO ) | |

## NOTICE OF DEPOSITIONS

COMES NOW the Defendant, Julio Cesar Hernandez-Montero, by and through undersigned counsel, Kevin L. Butler, and gives notice to the Court that depositions will be taken of material witnesses, Rene Moreno Villarreal, Angel Hernandez Remirez, and Heraclio Villarreal Palacios, in Misc Case No: 1163, on Tuesday, March 6, 2007, at 12:00 p.m. in the Grand Jury Room, U.S. District Courthouse, One Church Street, Montgomery, Alabama and continuing thereafter until such time as the proceedings are concluded. Spanish interpreter, Beverly Childress, will be present for these depositions. The deposition shall be recorded by stenographic means.

Dated this 28th day of February 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:07mj04-CSC |
| ) | |
| **JULIO CESAR HERNANDEZ-MONTERO** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Everett Urech, Esquire
Urech & Livaudais, P.C.
510 North Daleville Avenue
P. O. Drawer 70
Daleville, AL 36322

I hereby certify that on February 28, 2007, I served, via facsimile, the foregoing on the following:

Dan Hamm, Esquire
560 South McDonough Street, Suite A
Montgomery, AL 36104

Paul Cooper, Esquire
312 Scott Street
Montgomery, AL 36104

Richard Keith, Esquire
22 Scott Street
Montgomery, AL 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138