| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:15 - 10:31 |

√ ARRAIGNMENT        ❐ CHANGE OF PLEA        ❐ CONSENT PLEA
❐ RULE 44(c) HEARING    ❐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:07cr23-MHT        **DEFENDANT NAME:** Julio Cesar Hernandez-Montero
**AUSA:** Kent Brunson        **DEFENDANT ATTORNEY:** Robin Konrad/Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; (√)YES   Name: Beverly Childress

---

√ This is defendant's **FIRST APPEARANCE.**
❐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
❐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**        √ **Not Guilty**
        ❐ Guilty as to:
                ❐ Count(s):
                ❐ Count(s):              ❐ dismissed on oral motion of USA
                                            ❐ to be dismissed at sentencing
❐ Written plea agreement filed    ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**  **June 4, 2007**            .
        **DISCOVERY DISCLOSURE DATE: 3/9/07**
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
        ❐ Trial on _____; ❐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
        ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing: ❐ Waiver of Conflict of Interest Form executed
                ❐ Defendant requests time to secure new counsel