IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr23-MHT |
| **JULIO CESAR HERNANDEZ-** | ) | |
| **MONTERO** | ) | |

### ORDER

Because of a scheduling conflict, it is ORDERED that the sentencing for defendant Julio Cesar Hernandez-Montero, now set for July 3, 2007, is reset for July 19, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 30th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE