IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
v.                            )      CR. NO. 3:07cr23-MHT
                              )
JULIO CESAR HERNANDEZ-MONTERO )
```

O R D E R

Upon consideration of the Motion to Strike (doc. no. 52) to which defense counsel has orally informed the court the defendant does not object, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE, this the 10th day of July, 2007.

    /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE