

**CORRECTIONS CORPORATION OF AMERICA**

Northeast Ohio Correctional Center

October 23, 2007

The Honorable Myron H. Thompson
United States District Judge
United States District Court
Middle District of Alabama
1 Church St.
Montgomery, AL   36104

Re:   Julio Cesar Hernandez-Montero
      Reg. No. 12111-002
      Case No. 3:07cr23-01-MHT

Dear Judge Thompson:

You recently sentenced Julio Cesar Hernandez-Montero to a total term of thirty-seven (37) months, for Transporting Illegal Aliens. At the time of sentencing, you recommended he be designated to a facility where drug treatment is available.

Due to Mr. Hernandez-Montero's alien status; he was designated to Northeast Ohio Correctional Center, Youngstown, Ohio, a privately-owned facility which houses deportable aliens under a contract with the Federal Bureau of Prisons. While we do not offer the Bureau of Prisons' 500 hour Residential Drug and Alcohol Program (RDAP), Julio Cesar Hernandez-Montero will be encouraged to participate in all Drug and Alcohol education programs available at this facility.

If you have questions or concerns, please do not hesitate to contact me.

Sincerely,

Roddie Rushing
Acting Warden

RR/kwe

2240 Hubbard Road (44505), P. O. Box 1857 (mailing), Youngstown, OH 44501-1857, Phone: 330-746-3777, Fax: 330-746-3318